JUSTICE RICE
specially concurring.
¶ 184 Because I believe the Opinion accurately interprets and states the law, I have joined it. I write only to bemoan the law’s complexity. Incorporation of all the speedy trial factors, as previously and newly interpreted, has led herein to creation of, I fear, the “mother of all balancing tests.” The outline of the principles governing application of the factors which the Court has included in ¶113 is helpful and appreciated, and I regret only that this summary of the test requires three single-spaced pages. I sincerely wish the best to counsel and the trial courts in working with these principles, and in making a record thereof. I also look forward to the day when I see a seminar topic or law review article entitled “Toward a Simpler Speedy Trial Analysis.”
JUSTICE MORRIS, JUSTICE LEAPHART and JUSTICE WARNER join the concurring opinion of JUSTICE RICE.